1
2
3
4

Gregory T. Saetrum (AZ Bar No. 030797)
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  +1 602 528 4000
Facsimile:   +1 602 253 8129

5
6

**Attorneys for Plaintiff Union Pacific
Railroad Company**

7
8
9

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

10

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Utah corporation, | Case No. |
| Plaintiff, | **APPLICATION TO REGISTER FOREIGN JUDGMENT** |
| vs. | |
| ASARCO LLC, a Delaware limited liability company, | |
| Defendant. | |

18
19
20

Pursuant to 28 U.S.C. § 1963, Plaintiff Union Pacific Railroad Company ("Union Pacific") requests registration of the following judgment entered against Defendant Asarco LLC ("Asarco").

21
22
23
24
25

1. Pursuant to 28 U.S.C. § 1963, "[a] judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown."

26
27
28

2. On September 3, 2014, the United States Court of Appeals for the Eighth Circuit entered a judgment against Asarco in the total sum of $239.08 (the "Judgment").

1    3.  Asarco has failed to satisfy the Judgment, and the Judgment remains in effect,

2    outstanding, and unmodified.

3    4.  An authenticated copy of the Judgment is attached hereto along with a completed

4    Form AO 451 certifying that no motion listed in Fed. R. App. P. 4(a)(4)(A) remains

5    pending, the time for appeal has expired, and no appeal has been filed or, if one was filed,

6    it is no longer pending.

### PRAYER FOR RELIEF

WHEREFORE, Union Pacific requests that the Judgment be registered and made a

final personal judgment of this Court pursuant to 28 U.S.C. § 1963.

RESPECTFULLY SUBMITTED this 18th of September, 2020.

SQUIRE PATTON BOGGS (US) LLP

*s/ Gregory T. Saetrum*
Gregory T. Saetrum
SQUIRE PATTON BOGGS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004

**Attorneys For Plaintiff Union Pacific
Railroad Company**

- 2 -

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2830

ASARCO, LLC

Appellant

v.

Union Pacific Railroad Company, a Utah corporation

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:12-cv-00416-JFB)

---

## ORDER

Appellee shall recover from the appellant the sum of $239.08 (Two hundred thirty-nine

dollars and eight cents) as taxable costs on appeal.

September 03, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: _____

AO 451  (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES COURT OF APPEALS
## for the EIGHTH CIRCUIT

| | |
|---|---|
| ASARCO, LLC | ) |
| *Appellant* | ) |
| v. | )   No.   13-2830 |
| Union Pacific Railroad Company | ) |
| *Appellee* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHERDISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   09/03/2014   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/27/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

```
Court Name: 8th Circuit Court of Appeals
Division: 1
Receipt Number: CA8STL002581
Cashier ID: asmith
Transaction Date: 07/27/2020
Payer Name: Squire Patton Boggs (US) LLP
------------------------------------
CERTIFICATION
 For: Squire Patton Boggs (US) LLP
 Amount:       $11.00
RECORD IN PAPER FORMAT
 For: Squire Patton Boggs (US) LLP
 Amount:       $0.50
------------------------------------
OTCHET CHECK CAPTURE
 Remitter: Squire Patton Boggs (US) LLP
 Check/Money Order Num: 11053
 Amt Tendered: $11.50
------------------------------------
Total Due:     $11.50
Total Tendered: $11.50
Change Amt:    $0.00

Case #13-2830


ONLY WHEN A BANK CLEARS THE CHECK,
MONEY ORDER, OR VERIFIES CREDIT OF
FUNDS IS THE FEE OR DEBT OFFICIALLY
PAID OR DISCHARGED.  A $53 FEE WILL
BE CHARGED FOR ANY PAYMENT
RETURNED/DENIED FOR INSUFFICIENT
FUNDS.
```